## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------X

JEFFERY JACKSON

             Plaintiff,

        -against-

THE UNITED STATES OF AMERICA

             Defendant.

-------------------------------------------------------X

Index No.

**COMPLAINT**

Plaintiff, JEFFERY JACKSON complaining of the defendant, THE UNITED STATES OF AMERICA, by his attorneys, FRANZBLAU DRATCH, P.C. respectfully alleges upon information and belief as follows:

1.     At the time of the commencement of this action, plaintiff is and was a resident of New Jersey

2.     This cause of action arises from medical negligence that occurred from July 8, 2018 to the present date while plaintiff was and is still confined to the Bureau of Prisons.

3.     This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and 28 U.S.C. § 2671, *et. seq.* and 39 U.S.C. § 409.

4.     That on or August 28, 2019, plaintiff caused an administrative claim to be filed with the United States Bureau of Prisons.

5.     That defendant denied plaintiff's claim by letter dated March 2, 2020.

6.     That this action is being commenced within six (6) months of receiving the denial of plaintiff's administrative claim

7.     That at all times hereinafter mentioned, defendant was to provide

00055727 - 1

medical care to the plaintiff as a prisoner under the care and custody of the defendant.

8.      In or about July of 2018, plaintiff began to experience pain in his neck and left hand and arm pain along with contractures to his left hand.

9.      On or about April 24, 2019, plaintiff was seen by Scott Strenger, M.D. who recommended that plaintiff be evaluated by a hand surgeon for possible surgical intervention of his left extremity.

10.     Plaintiff was never seen by a hand surgeon.

11.     Plaintiff was next seen by Thomas Bills, M.D. on July 31, 2019 who opined that plaintiff had a evolving complex regional pain syndrome and recommended that plaintiff be afforded a stellate ganglion block and started a Gabapentin to control plaintiff's pain.

12.     Plaintiff was never provided with the stellate ganglion block and was denied the requested medication of Gabapentin.

13.     On or about November 5, 2019, plaintiff had a consultation with pain management at Robert Wood Johnson which recommended a stellate ganglion block to assist plaintiff with respect to his left arm and hand pain.

14.     On or about December 9, 2019, plaintiff returned to Robert Wood Johnson pain institute which once again recommended a stellate ganglion block to assist plaintiff with respect to his left arm and hand pain.

15.     As of this date, plaintiff has failed to receive the appropriate treatment recommended by plaintiff's specialists

16.     That no negligence on the part of plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

17.     Plaintiff maintains that the defendant, through its agents servants, and

00055727 - 1

employees have deviated from the standard of care in failing to appropriately treat plaintiff's ongoing neck and left extremity pain which is causing plaintiff to suffer in immense pain and making his condition worse.

18.    That as a result of the aforementioned the plaintiff has sustained severe injuries of a permanent nature preventing the plaintiff from performing his normal activities of life and business resulting in great pain to his mind and body, loss of enjoyment of life and resulting in hospitalization, loss of earning capacity and other expenses occasioned by injuries and disability sustained by him as a result of the aforementioned negligence of the defendant.

**WHEREFORE,** plaintiff demands judgment against the defendant for the following relief:

(A)    Damages;

(B)    Costs;

(C)    Interest;

(D)    for such other relief as the Court deems just and proper

FRANZBLAU DRATCH, P.C.


/s/ Brian M. Dratch
By:    BRIAN M. DRATCH
       Attorneys for Plaintiff
       354 Eisenhower Parkway
       Livingston, New Jersey 07039
       (973) 992-3700

DATED: September 2, 2020

00055727 - 1